| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    ALVARO A AHUMADA | Case No.:  19-29527 VFP<br><br>Hearing Date:  6/17/2021 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 21, 2021

                                                                                         **Honorable Vincent F. Papalia**
                                                                                         **United States Bankruptcy Judge**

Debtor(s): ALVARO A AHUMADA

Case No.: 19-29527

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/17/2021 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,200.00 to the Trustee's office by 6/23/2021 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 7/31/2021 or the case will be dismissed; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:  
Alvaro A Ahumada  
    Debtor

Case No. 19-29527-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 21, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alvaro A Ahumada, 31 Demott Ave, Clifton, NJ 07011-2710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley Mortgage Loan Trust Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paola D. Vera | on behalf of Debtor Alvaro A Ahumada pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley Mortgage Loan Trust Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6