UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Alvaro A. Ahumada

    Debtor(s).

Case No.: 19-29527

Objection deadline: 8/20/21
Chapter: 13
Judg: VFP

---

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor has come current with the Arrears by sending payments via Money Orders on August 2, 2021: $1,200 on August 6, 2021: $1,200 and on August 25, 2021 Debtor will send payment in the amount of $2,335.00.

2. Thereafter, Debtor wishes to not have his bankruptcy case dismissed.

/s/ Paola D. Vera
Paola D. Vera, Esq.
CABANILLAS & ASSOCIATES, PC
4100 Kennedy Blvd.
Union City, New Jersey 07087

8/10/21

{01821473 /1 }