Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29527−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alvaro A Ahumada
   31 Demott Ave
   Clifton, NJ 07011

Social Security No.:
   xxx−xx−3216

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/2/21 at 10:00 AM

to consider and act upon the following:

*31* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2021. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*33* − Objection to Certification of default from Trustee. filed by Paola D. Vera on behalf of Alvaro A Ahumada. (Vera, Paola). Related document(s) 31 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg. Modified Link on 8/12/2021 (lc).

Dated: 8/12/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court