UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

------------------------------------------------------------------------------------------------------------------

In Re:

Alvaro A. Ahumada

                Debtor(s).

Case No.: 19-29527

Objection deadline: 6/1/22
Chapter: 13
Judge: VFP

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C.,  hereby objects to the certification of the trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor made a payment in the amount of $1,175.00 on May 19, 2022.

2. Debtor will be making a payment of $1,175.00 on May 31, 2022 to come current with arrears owed.

3. Thereafter, Debtor wishes to not have his bankruptcy case dismissed.

/s/ Paola D. Vera
Paola D. Vera, Esq.
CABANILLAS & ASSOCIATES, PC
4100 Kennedy Blvd.
5/24/22                                    Union City, New Jersey 07087

{02127226 /1 }