Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−29527−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alvaro A Ahumada
    31 Demott Ave
    Clifton, NJ 07011

Social Security No.:
    xxx−xx−3216

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/16/22 at 10:00 AM

to consider and act upon the following:

*46* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by
Marie−Ann Greenberg. Objection deadline is 6/1/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED
ORDER) (Greenberg, Marie−Ann)

*48* − Objection to OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE (related
document:46 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed
by Marie−Ann Greenberg. Objection deadline is 6/1/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED
ORDER) filed by Trustee Marie−Ann Greenberg) filed by Paola D. Vera on behalf of Alvaro A Ahumada. (Vera,
Paola)

Dated: 5/26/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 19-29527-VFP

Alvaro A Ahumada                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                Page 1 of 2
Date Rcvd: May 26, 2022                      Form ID: ntchrgbk                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

**Recip ID          Recipient Name and Address**
db          +   Alvaro A Ahumada, 31 Demott Ave, Clifton, NJ 07011-2710
cr          +   Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

**Name                   Email Address**

Denise E. Carlon
                         on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Mortgage Loan Trust Et Al...
                         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                         on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
                         magecf@magtrustee.com

Paola D. Vera
                         on behalf of Debtor Alvaro A Ahumada pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

Rebecca Ann Solarz
                         on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Mortgage Loan Trust Et Al...
                         rsolarz@kmllawgroup.com

District/off: 0312-2                              User: admin                                      Page 2 of 2

Date Rcvd: May 26, 2022                          Form ID: ntchrgbk                                Total Noticed: 2

U.S. Trustee

                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6