UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Alvaro A. Ahumada

    Debtor(s).

Case No.: 19-29527

Objection deadline: 9/7/22
Chapter: 13
Judge: VFP

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the Trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor has agreed to come current by 9/15/22.

2. Debtor would like to enter into a Consent Order and not have case dismissed.

    /s/ Paola D. Vera_____
    Paola D. Vera, Esq.
    CABANILLAS & ASSOCIATES, PC
    4100 Kennedy Blvd.
9/2/22    Union City, New Jersey 07087

{02093330 /1 }