| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br><br>Order Filed on October 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    ALVARO A AHUMADA | Case No.:  19-29527 VFP<br><br>Hearing Date:  10/6/2022 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 7, 2022**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ALVARO A AHUMADA

Case No.: 19-29527

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 10/06/2022 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,175.13 to the Trustee's office by 10/10/2022 to be current through September or the case will be dismissed upon certification of the Trustee with 14 days' notice to the debtor(s) and debtor's attorney.