UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing LLC as*
*servicing agent for Deutsche Bank National*
*Trust Company, as Trustee for Morgan Stanley*
*Mortgage Loan Trust 2004-11AR, Mortgage*
*Pass-Through Certificates, Series 2004-11AR*

In re:

Alvaro A. Ahumada

                                                    Debtor.

Chapter: 13

Case No.: 19-29527-VFP

Judge Vincent F. Papalia

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National

Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2004-11AR, Mortgage Pass-

Through Certificates, Series 2004-11AR, a creditor in the above styled proceeding, requests that

all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor,

or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property: **31 Demott Avenue, Clifton, New Jersey 07011**

Loan Number: **xxxxxx7716**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added

to the Court's Master Mailing List:

Stewart Legal Group, P.L.
Gavin N. Stewart
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Phone: 813-371-1231
Fax: 813-371-1232
gavin@stewartlegalgroup.com

Dated: December 30, 2022

By:     */s/Gavin N. Stewart*
Gavin N. Stewart, Esq.