UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

---

In Re:

    Alvaro A Ahumada

       Debtor(s).

Case No.: 19-29527

Deadline: 1/10/2023
Chapter: 13
Judge: VFP

---

## DEBTOR'S OBJECTION TO TRUSTEE'S CERTIFICATION OF DEFAULT

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby opposes the Certification of Default and in support thereof presents the Certification of Paola D. Vera, Esq. and shows unto the Court the following:

1. Debtor has sent payment on 12/28/2022
2. Debtor will be current by 01/20/2023.
3. Therefore the Debtor respectfully requests that he not have his case dismissed

Dated: Union City, New Jersey
       January 10, 2023

       **CABANILLAS & ASSOCIATES, PC**

       /s/Paola D. Vera
       Paola D. Vera, Esq.
       4100 Kennedy Blvd
       Union City, New Jersey 07087

{02321564 /1 }