UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Alvaro Ahumada

    Debtor(s).

Case No.: 19-29527

Objection deadline: 4/4/23
Chapter: 13
Judge: VFP

---

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor sent in $1,175 on 3/25/23 and will send in the reaming balance by 4/15/23.

2. Thereafter, Debtor wishes to not have his bankruptcy case dismissed.

/s/ Paola D. Vera
Paola D. Vera, Esq.
CABANILLAS & ASSOCIATES, PC
4100 Kennedy Blvd.
Union City, New Jersey 07087

4/3/23

{02365726 /1 }