UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Alvaro A. Ahumada

    Debtor(s).

Case No.: 19-29527

Objection deadline: 6/13/23
Chapter: 13
Judge: VFP

---

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor sent in a payment on June 11, 2023 and will be current by 6/30/23..

2. Thereafter, Debtor wishes to not have his bankruptcy case dismissed.

/s/ Paola D. Vera
Paola D. Vera, Esq.
CABANILLAS & ASSOCIATES, PC
4100 Kennedy Blvd.
6/12//23                                     Union City, New Jersey 07087

{02454579 /1 }