| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2004-11AR, Mortgage Pass-Through Certificates, Series 2004-11AR* |

| | |
|---|---|
| In Re:<br><br>Alvaro A Ahumada<br><br>            Debtor(s). | Case No.: 19-29527<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2004-11AR, Mortgage Pass-Through Certificates, Series 2004-11AR. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:
            Hill Wallack LLP
            21 Roszel Road, P.O. Box 5226
            Princeton, NJ 08543

    DOCUMENTS:

        ☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑  All documents and pleadings of any nature.

By:*/s/ Aleisha C. Jennings*

Dated: August 6, 2024

*new.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2004-11AR, Mortgage Pass-Through Certificates, Series 2004-11AR* | |
| In Re:<br><br>Alvaro A Ahumada<br><br>            Debtor(s). | Case No.: 19-29527<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Michael Hartmann:

    ☒ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

2. On August 6, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 6, 2024

                                                            */s/ Michael Hartmann*
                                                            Michael Hartmann

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alvaro A Ahumada<br>31 Demott Ave<br>Clifton, NJ 07011 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Paola D. Vera<br>120 Bloomingdale Rd. Ste 400<br>White Plains, NY 10605 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.