Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 14, 2025

**Chapter 13 Case # 19-29527**

Re: ALVARO A AHUMADA
31 DEMOTT AVE
CLIFTON, NJ  07011

Atty: CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/29/2019 | $580.00 | 26186918310 | 10/29/2019 | $500.00 | 26186918308 |
| 12/06/2019 | $1,000.00 | 26318282624 | 12/06/2019 | $80.00 | 26318282635 |
| 01/03/2020 | $1,000.00 | 26344565998 | 01/03/2020 | $175.00 | 26344566011 |
| 02/11/2020 | $1,000.00 | 26437851033 | 02/11/2020 | $175.00 | 26437851044 |
| 03/09/2020 | $175.00 | 26478779152 | 03/09/2020 | $1,000.00 | 26478779141 |
| 04/14/2020 | $185.00 | 26561890192 | 04/14/2020 | $1,000.00 | 26561890181 |
| 06/03/2020 | $1,000.00 | 26678849275 | 06/03/2020 | $175.00 | 26678849264 |
| 07/06/2020 | $175.00 | 26561856576 | 07/06/2020 | $1,000.00 | 26561856587 |
| 08/25/2020 | $175.00 | 26912855902 | 08/25/2020 | $1,000.00 | 26912855891 |
| 09/03/2020 | $1,000.00 | 26912864147 | 09/03/2020 | $175.00 | 26912864158 |
| 10/19/2020 | $175.00 | 26922689910 | 10/19/2020 | $1,000.00 | 26922689908 |
| 11/05/2020 | $175.00 | 27061750664 | 11/05/2020 | $1,000.00 | 27061750675 |
| 12/17/2020 | $475.00 | 27114453055 | 12/17/2020 | $700.00 | 27114458556 |
| 01/27/2021 | $175.00 | 27114482687 | 01/27/2021 | $1,000.00 | 27114482676 |
| 03/08/2021 | $175.00 | 27238942833 | 03/08/2021 | $1,000.00 | 27238942822 |
| 04/02/2021 | $1,000.00 | 27290450957 | 04/02/2021 | $175.00 | 27290450968 |
| 05/19/2021 | $1,000.00 | 27290486722 | 05/19/2021 | $200.00 | 27290486733 |
| 06/29/2021 | $1,000.00 | 27536572484 | 06/29/2021 | $200.00 | 27536572473 |
| 08/09/2021 | $200.00 | 27570489232 | 08/09/2021 | $1,000.00 | 27570489221 |
| 08/12/2021 | $200.00 | 27624056624 | 08/12/2021 | $1,000.00 | 27624056613 |
| 08/31/2021 | $1,000.00 | 27624072925 | 08/31/2021 | $335.00 | 27624072936 |
| 08/31/2021 | $1,000.00 | 27624068976 | 10/14/2021 | $1,000.00 | 27762360243 |
| 10/14/2021 | $100.00 | 27762360254 | 11/15/2021 | $175.00 | 27809453204 |
| 11/15/2021 | $1,000.00 | 27809453215 | 12/22/2021 | $1,000.00 | 27809459594 |
| 12/22/2021 | $175.00 | 27809459605 | 01/13/2022 | $175.00 | 27936630990 |
| 01/13/2022 | $1,000.00 | 27936630988 | 02/23/2022 | $175.00 | 27935752217 |
| 02/23/2022 | $1,000.00 | 27935752206 | 03/17/2022 | $175.00 | 27935772412 |
| 03/17/2022 | $1,000.00 | 27935772423 | 06/03/2022 | $175.00 | 28155370904 |
| 06/03/2022 | $1,000.00 | 28155370893 | 06/07/2022 | $1,000.00 | 28237197150 |
| 06/07/2022 | $175.00 | 28237197161 | 08/05/2022 | $1,000.00 | 28079063886 |
| 08/05/2022 | $175.00 | 28079063897 | 09/21/2022 | $850.00 | 28396430098 |

**Chapter 13 Case # 19-29527**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/21/2022 | $500.00 | 28343761457 | 09/21/2022 | $1,000.00 | 28343761863 |
| 10/04/2022 | $1,000.00 | 28396425868 | 10/04/2022 | $175.00 | 28396425870 |
| 11/02/2022 | $175.00 | 28459426871 | 11/02/2022 | $1,000.00 | 28459426860 |
| 01/05/2023 | $1,000.00 | 28528882457 | 01/05/2023 | $175.00 | 28528882468 |
| 01/24/2023 | $175.00 | 28528898264 | 01/24/2023 | $1,000.00 | 28528898253 |
| 02/07/2023 | $175.00 | 28597076640 | 02/07/2023 | $1,000.00 | 28597076638 |
| 03/28/2023 | $600.00 | 28657021577 | 03/28/2023 | $575.00 | 28657021893 |
| 04/21/2023 | $175.00 | 28657015907 | 04/21/2023 | $1,000.00 | 28657015896 |
| 05/19/2023 | $176.00 | 28806361007 | 05/19/2023 | $1,000.00 | 28806360996 |
| 06/07/2023 | $176.00 | 28763739505 | 06/07/2023 | $1,000.00 | 28763739494 |
| 07/03/2023 | $1,000.00 | 28847996932 | 07/03/2023 | $175.00 | 28847996943 |
| 08/01/2023 | $1,000.00 | 28907862456 | 08/01/2023 | $175.00 | 28907862467 |
| 08/31/2023 | $175.00 | 28907871838 | 08/31/2023 | $1,000.00 | 28907871827 |
| 10/04/2023 | $175.00 | 28763741981 | 10/04/2023 | $1,000.00 | 28763741970 |
| 01/17/2024 | $900.00 | 29207717752 | 01/17/2024 | $400.00 | 29207717763 |
| 01/17/2024 | $850.00 | 29207718505 | 01/17/2024 | $150.00 | 29207723771 |
| 02/06/2024 | $400.00 | 29210206274 | 02/06/2024 | $800.00 | 29210206263 |
| 02/06/2024 | $100.00 | 29210206285 | 03/08/2024 | $800.00 | 29294506541 |
| 03/08/2024 | $500.00 | 29294509037 | 04/11/2024 | $600.00 | 29295432358 |
| 04/11/2024 | $700.00 | 29295434057 | 05/09/2024 | $1,000.00 | 29372814145 |
| 05/09/2024 | $300.00 | 29372814156 | 06/17/2024 | $450.00 | 29372821391 |
| 06/17/2024 | $850.00 | 29437040294 | 07/12/2024 | $300.00 | 29538029070 |
| 07/12/2024 | $1,000.00 | 29538029068 | 09/05/2024 | $1,000.00 | 29535662485 |
| 09/05/2024 | $300.00 | 29535662496 | 10/22/2024 | $300.00 | 29561964311 |
| 10/22/2024 | $1,000.00 | 29561964300 | 12/26/2024 | $1,000.00 | 29621044517 |
| 12/26/2024 | $300.00 | 29621044528 | 01/08/2025 | $500.00 | 29746631586 |
| 01/08/2025 | $800.00 | 29746625951 | | | |

**Total Receipts: $69,182.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $69,182.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,256.50 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,966.37 | 100.00% | 2,966.37 | 0.00 |
| 0002 | BUREAU OF ACCOUNT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,841.26 | 100.00% | 1,841.26 | 0.00 |
| 0004 | LVNV FUNDING LLC | UNSECURED | 965.63 | 100.00% | 965.63 | 0.00 |
| 0005 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 636.59 | 100.00% | 636.59 | 0.00 |
| 0006 | MERRICK BANK | UNSECURED | 2,451.30 | 100.00% | 2,451.30 | 0.00 |
| 0007 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARREARS | 53,151.57 | 100.00% | 53,151.57 | 0.00 |
| 0009 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 204.98 | 100.00% | 204.98 | 0.00 |
| 0011 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 347.50 | 100.00% | 347.50 | 0.00 |
| 0012 | SHELLPOINT MORTGAGE SERVICING | (NEW) MTG Agreed | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $67,352.70**
See Summary

**Chapter 13 Case # 19-29527**

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 03/11/2024 | $63.16 | 924721 | 04/15/2024 | $233.93 | 926160 |
| | 05/10/2024 | $233.94 | 927631 | 06/17/2024 | $233.93 | 929034 |
| | 07/15/2024 | $233.93 | 930518 | 08/19/2024 | $241.56 | 931933 |
| | 10/21/2024 | $241.56 | 934795 | 11/18/2024 | $239.02 | 936275 |
| | 01/13/2025 | $120.23 | 939105 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 03/11/2024 | $21.84 | 924821 | 04/15/2024 | $80.88 | 926258 |
| | 05/10/2024 | $80.88 | 927728 | 06/17/2024 | $80.88 | 929141 |
| | 07/15/2024 | $80.87 | 930608 | 08/19/2024 | $83.52 | 932033 |
| | 10/21/2024 | $83.51 | 934892 | 11/18/2024 | $82.64 | 936370 |
| | 01/13/2025 | $41.57 | 939193 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 03/11/2024 | $33.12 | 924992 | 04/15/2024 | $122.69 | 926454 |
| | 05/10/2024 | $122.68 | 927894 | 06/17/2024 | $122.69 | 929338 |
| | 07/15/2024 | $122.68 | 930779 | 08/19/2024 | $126.68 | 932225 |
| | 10/21/2024 | $126.68 | 935086 | 11/18/2024 | $125.36 | 936544 |
| | 01/13/2025 | $63.05 | 939362 | | | |
| MERRICK BANK | | | | | | |
| | 03/11/2024 | $84.09 | 925021 | 04/15/2024 | $311.43 | 926480 |
| | 05/10/2024 | $311.44 | 927914 | 06/17/2024 | $311.43 | 929363 |
| | 07/15/2024 | $311.45 | 930797 | 08/19/2024 | $321.59 | 932248 |
| | 10/21/2024 | $321.59 | 935111 | 11/18/2024 | $318.21 | 936564 |
| | 01/13/2025 | $160.07 | 939382 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/11/2024 | $101.76 | 8003991 | 04/15/2024 | $376.88 | 8004035 |
| | 05/10/2024 | $376.86 | 8004082 | 06/17/2024 | $376.88 | 8004126 |
| | 07/15/2024 | $376.88 | 8004169 | 08/19/2024 | $389.18 | 8004210 |
| | 10/21/2024 | $389.16 | 8004295 | 11/18/2024 | $385.07 | 8004336 |
| | 01/13/2025 | $193.70 | 8004416 | | | |

**Chapter 13 Case # 19-29527**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 01/13/2020 | $2,047.68 | 841823 | 02/10/2020 | $1,113.90 | 843695 |
| | 03/16/2020 | $1,113.90 | 845628 | 04/20/2020 | $1,113.90 | 847586 |
| | 05/18/2020 | $1,066.50 | 849394 | 07/20/2020 | $1,086.88 | 852938 |
| | 08/17/2020 | $1,086.88 | 854770 | 09/21/2020 | $2,173.76 | 856636 |
| | 11/16/2020 | $1,086.88 | 859534 | 12/21/2020 | $1,086.88 | 861346 |
| | 01/11/2021 | $1,086.88 | 863150 | 02/22/2021 | $1,086.88 | 864798 |
| | 04/19/2021 | $2,173.76 | 868321 | 06/21/2021 | $1,111.53 | 872021 |
| | 06/21/2021 | $16.47 | 872021 | 07/19/2021 | $16.47 | 873829 |
| | 07/19/2021 | $1,111.53 | 873829 | 09/20/2021 | $4,385.89 | 877238 |
| | 09/20/2021 | $65.01 | 877238 | 11/17/2021 | $15.26 | 880721 |
| | 11/17/2021 | $1,029.74 | 880721 | 12/13/2021 | $1,099.95 | 882351 |
| | 12/13/2021 | $16.30 | 882351 | 01/10/2022 | $16.30 | 884010 |
| | 01/10/2022 | $1,099.95 | 884010 | 02/14/2022 | $1,099.95 | 885692 |
| | 02/14/2022 | $16.30 | 885692 | 03/14/2022 | $16.30 | 887404 |
| | 03/14/2022 | $1,099.95 | 887404 | 04/18/2022 | $1,117.32 | 889083 |
| | 04/18/2022 | $16.56 | 889083 | 06/20/2022 | $16.56 | 892474 |
| | 06/20/2022 | $1,117.32 | 892474 | 07/18/2022 | $1,117.32 | 894213 |
| | 07/18/2022 | $16.56 | 894213 | 09/19/2022 | $16.56 | 897370 |
| | 09/19/2022 | $1,117.32 | 897370 | 10/17/2022 | $2,234.63 | 899035 |
| | 10/17/2022 | $33.12 | 899035 | 11/14/2022 | $16.22 | 900608 |
| | 11/14/2022 | $1,094.16 | 900608 | 12/12/2022 | $1,094.16 | 902176 |
| | 12/12/2022 | $16.22 | 902176 | 02/13/2023 | $32.44 | 905168 |
| | 02/13/2023 | $2,188.32 | 905168 | 03/13/2023 | $1,094.16 | 906787 |
| | 03/13/2023 | $16.22 | 906787 | 04/17/2023 | $16.22 | 908352 |
| | 04/17/2023 | $1,094.16 | 908352 | 05/15/2023 | $1,094.16 | 909980 |
| | 05/15/2023 | $16.22 | 909980 | 06/12/2023 | $16.06 | 911437 |
| | 06/12/2023 | $1,083.50 | 911437 | 07/17/2023 | $1,083.50 | 912951 |
| | 07/17/2023 | $16.06 | 912951 | 08/14/2023 | $16.04 | 914464 |
| | 08/14/2023 | $1,082.58 | 914464 | 09/18/2023 | $2,165.15 | 915956 |
| | 09/18/2023 | $32.09 | 915956 | 11/13/2023 | $15.79 | 918881 |
| | 11/13/2023 | $1,065.21 | 918881 | 02/12/2024 | $2,085.10 | 923033 |
| | 02/12/2024 | $30.90 | 923033 | 03/11/2024 | $12.75 | 924492 |
| | 03/11/2024 | $860.33 | 924492 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 03/11/2024 | $7.03 | 924409 | 03/11/2024 | $11.92 | 924409 |
| | 04/15/2024 | $44.15 | 925824 | 04/15/2024 | $26.04 | 925824 |
| | 05/10/2024 | $26.05 | 927317 | 05/10/2024 | $44.15 | 927317 |
| | 06/17/2024 | $44.15 | 928688 | 06/17/2024 | $26.04 | 928688 |
| | 07/15/2024 | $26.04 | 930191 | 07/15/2024 | $44.15 | 930191 |
| | 08/19/2024 | $45.59 | 931589 | 08/19/2024 | $26.89 | 931589 |
| | 10/21/2024 | $26.90 | 934432 | 10/21/2024 | $45.59 | 934432 |
| | 11/18/2024 | $45.11 | 935923 | 11/18/2024 | $26.60 | 935923 |
| | 01/13/2025 | $13.39 | 938729 | 01/13/2025 | $22.69 | 938729 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2025.

Receipts: $69,182.00    -    Paid to Claims: $63,096.20    -    Admin Costs Paid: $4,256.50    =    Funds on Hand: $1,829.30

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($1,829.30)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.