Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–29527–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Alvaro A Ahumada
31 Demott Ave
Clifton, NJ 07011

Social Security No.:
xxx–xx–3216

Employer's Tax I.D. No.:

---

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

    TO: <u>Alvaro A Ahumada</u>
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: February 5, 2025
JAN: mlc

<u>Jeanne Naughton, Clerk</u>