

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on March 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.:  19-29527 |
| IN RE:<br><br>    ALVARO A AHUMADA | HEARING DATE:  03/20/2025<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 24, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.: 19-29527

Caption of Order:        ORDER DISMISSING PETITION

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 03/20/2025, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29527-VFP |
| Alvaro A Ahumada | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Mar 24, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

**Recip ID     Recipient Name and Address**
db     +    Alvaro A Ahumada, 31 Demott Ave, Clifton, NJ 07011-2710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

**Name     Email Address**

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Mortgage Loan Trust Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Mortgage Loan Trust Et Al... eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Kimberly A. Wilson
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Mortgage Loan Trust 2004-11AR, Mortgage Pass-Through Certificates, Series 2004-11AR kimwilson@raslg.com

Marie-Ann Greenberg

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Mar 24, 2025 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Paola D. Vera | |
| | on behalf of Debtor Alvaro A Ahumada pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8